429 A.2d 762

Commonwealth v. Ortiz, Appellant.

642

Submitted March 6, 1980.  John J. Moran, Assistant Public Defender, for appellant;  Sheryl A. Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.